IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OGALLALA COMMUNITY HOSPITAL AND HEALTH FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | 7:04cv5012 |
| v. | ) ) ) | |
| VITZTUM COMMERCIAL FLOORING, AMCO INSURANCE COMPANY, HORTY ELVING CONSTRUCTION SERVICES, and HORTY ELVING & ASSOCIATES, INC. A MINNESOTA CORPORATION, | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

The Clerk's Office has requested that Document Number 56 be stricken from the record for the following reason(s):

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 56 from the record. The party is directed to re-file the document.

DATED this 26th day of May, 2005.

BY THE COURT:

s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court