## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OGALLALA COMMUNITY HOSPITAL<br>AND HEALTH FOUNDATION, INC., | )<br>)<br>) | |
| Plaintiff, | )<br>) | 7:04CV5012 |
| vs. | )<br>) | |
| VITZTUM COMMERCIAL FLOORING,<br>INC., AMCO INSURANCE COMPANY,<br>HORTY ELVING CONSTRUCTION<br>SERVICES, INC., and<br>HORTY ELVING & ASSOCIATES, INC., | )<br>)<br>)<br>)<br>)<br>) | ORDER |
| Defendants, | )<br>) | |
| VITZTUM COMMERCIAL FLOORING,<br>INC., and<br>AMCO INSURANCE COMPANY, | )<br>)<br>)<br>) | |
| Third Party Plaintiffs, | )<br>) | |
| vs. | )<br>) | |
| DEPENDABLE CHEMICAL CO., INC. and<br>MANKINI VINYL INSTALLATION, | )<br>)<br>) | |
| Third Party Defendants. | )<br>) | |

This matter is before the court on the "Suggestion in Bankruptcy" (Filing No. 67) filed by the third-party plaintiffs, Vitztum Commercial Flooring and AMCO Insurance Company, and based on the bankruptcy filing of Eugene Mankini affecting the assets of third-party defendant Mankini Vinyl Installation. Upon consideration,

**IT IS ORDERED:**

1. Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

   2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

   3. The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

   DATED this 7th day of June, 2005.

              BY THE COURT:

              s/Thomas D. Thalken
              United States Magistrate Judge