IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OGALLALA COMMUNITY HOSPITAL AND HEALTH FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | 7:04CV5012 |
| v. | ) ) | |
| VITZTUM COMMERCIAL FLOORING, INC., a Kansas corporation, et al., | ) ) ) ) | ORDER |
| Defendants. | ) ) | |
| VITZTUM COMMERCIAL FLOORING, INC., and AMCO INSURANCE COMPANY, an Iowa corporation, surety, | ) ) ) ) ) | |
| Third-Party Plaintiffs, | ) ) | |
| v. | ) ) | |
| DEPENDABLE CHEMICAL CO., INC., and MANKINI VINYL INSTALLATION, | ) ) ) ) | |
| Third-Party Defendants. | ) ) | |

This matter is before the Court on the stipulation for extension of deposition deadline (Filing No. 78). Pursuant thereto,

IT IS ORDERED that the parties shall have until February 1, 2006, to complete depositions.

DATED this 8th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court