IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| OGALLALA COMMUNITY HOSPITAL<br>AND HEALTH FOUNDATION,<br><br>           Plaintiff,<br><br>     v.<br><br>VITZTUM COMMERCIAL FLOORING,<br>INC., a Kansas corporation,<br>et al.,<br><br>           Defendants.<br>_____<br>VITZTUM COMMERCIAL FLOORING,<br>INC., and AMCO INSURANCE<br>COMPANY, an Iowa corporation,<br>surety,<br><br>      Third-Party Plaintiffs,<br><br>     v.<br><br>DEPENDABLE CHEMICAL CO., INC.,<br>and MANKINI VINYL<br>INSTALLATION,<br><br>      Third-Party Defendants.<br>_____ | 7:04CV5012<br><br><br>ORDER |

     This matter is before the Court on the motions to extend date for certifying expert witnesses (Filing Nos. 80 and 82). Accordingly,

     IT IS ORDERED that the motions to extend date for certifying expert witnesses are granted. The parties shall have

until December 1, 2005, to disclose expert witnesses and all information in conformance with the applicable rules.

DATED this 28th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court