IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OGALLALA COMMUNITY HOSPITAL AND HEALTH FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | 7:04CV5012 |
| v. | ) ) | |
| VITZTUM COMMERCIAL FLOORING, INC., a Kansas corporation, AMCO INSURANCE COMPANY, an Iowa corporation, surety; HORTY ELVING CONSTRUCTION SERVICES, INC., a Minnesota corporation, d/b/a CONSTRUCTION COORDINATORS, INC., and HORTY ELVING & ASSOCIATES, INC., a Minnesota corporation, | ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the motion of third-party defendant Dependable Chemical Co., Inc.'s motion for additional time to disclose the opinions and identification of expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2) (Filing No. 84). The Court notes other parties have been granted such an extension. Accordingly,

IT IS ORDERED that the motion for additional time to disclose the opinions and identification of expert witnesses is granted. Third-party defendant, Dependable Chemical Co., Inc.,

shall have until December 1, 2005, to identify and provide reports of expert witnesses.

DATED this 24th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court