IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
OGALLALA COMMUNITY HOSPITAL      )
AND HEALTH FOUNDATION,           )
                                 )
               Plaintiff,        )          7:04CV5012
                                 )
          v.                     )
                                 )
VITZTUM COMMERCIAL FLOORING,     )          ORDER
INC., a Kansas corporation,      )
AMCO INSURANCE COMPANY, an       )
Iowa corporation, surety;        )
HORTY ELVING CONSTRUCTION        )
SERVICES, INC., a Minnesota      )
corporation, d/b/a               )
CONSTRUCTION COORDINATORS,       )
INC., and HORTY ELVING &         )
ASSOCIATES, INC., a Minnesota    )
corporation,                     )
                                 )
               Defendants.       )
_____)
```

This matter is before the Court on the motion Horty
Elving to extend date for disclosure of non-expert witnesses
(Filing No. 93), and the motion of Ogallala Community Hospital
(Filing No. 94) to extend date for disclosure of non-expert
witnesses.  The Court finds said motion should be granted.
Accordingly,

IT IS ORDERED that the motions for additional time to
disclose the identification of non-expert witnesses is granted.

The parties shall have until December 1, 2005, to identify non-expert witnesses.

DATED this 31st day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court