IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OGALLALA COMMUNITY HOSPITAL AND HEALTH FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | 7:04CV5012 |
| v. | ) ) | |
| VITZTUM COMMERCIAL FLOORING, INC., a Kansas corporation, et al., | ) ) ) ) | ORDER |
| Defendants. | ) ) | |
| VITZTUM COMMERCIAL FLOORING, INC., and AMCO INSURANCE COMPANY, an Iowa corporation, surety, | ) ) ) ) ) | |
| Third-Party Plaintiffs, | ) ) | |
| v. | ) ) | |
| DEPENDABLE CHEMICAL CO., INC., and MANKINI VINYL INSTALLATION, | ) ) ) ) | |
| Third-Party Defendants. | ) ) | |

This matter is before the Court on the motion of third-party defendant Dependable Chemical Co., Inc., (Filing No. 135) for additional time to respond to the motion to compel (Filing No. 130) filed by defendant and third-party plaintiff Vitztum Commercial Flooring, Inc. The Court has been advised that Dependable Chemical Co., Inc., intends to produce the documentation requested. Accordingly,

IT IS ORDERED:

1) Third-party defendant Dependable Chemical Co., Inc.'s request for additional time (Filing No. 135) is granted; said party shall have until March 24, 2006, to produce the requested discovery material.

2) The parties shall advise the Court on or before March 29, 2006, whether the motion to compel (Filing No. 130) should be denied as moot.

DATED this 9th day of March, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court