IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
OGALLALA COMMUNITY HOSPITAL    )
AND HEALTH FOUNDATION,         )
                               )
          Plaintiff,           )       7:04CV5012
                               )
     v.                        )
                               )
VITZTUM COMMERCIAL FLOORING,   )       ORDER
INC., a Kansas corporation,    )
AMCO INSURANCE COMPANY, an     )
Iowa corporation, surety;      )
HORTY ELVING CONSTRUCTION      )
SERVICES, INC., a Minnesota    )
corporation, d/b/a             )
CONSTRUCTION COORDINATORS,     )
INC., and HORTY ELVING &       )
ASSOCIATES, INC., a Minnesota  )
corporation,                   )
                               )
          Defendants.          )
_____ )
```

This matter is before the Court on defendant and third party plaintiff's motion to amend the Second Amended Final Progression Order of February 28, 2006 (Filing No. 172). All parties have signed a stipulation consenting to the proposed extensions sought in this motion (Filing No. 172-5). As such, the Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant and third party plaintiff's motion is granted. Defendant and third party plaintiff Vitzum Commercial Flooring, Inc. shall have until June 12, 2006, to provide expert witness opinions and all parties shall have until August 31, 2006 to complete discovery and to file motions in limine.

DATED this 7th day of June, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court