IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OGALLALA COMMUNITY HOSPITAL AND HEALTH FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | 7:04CV5012 |
| v. | ) ) | |
| VITZTUM COMMERCIAL FLOORING, INC., a Kansas corporation, et al., | ) ) ) ) | ORDER |
| Defendants. | ) ) | |
| VITZTUM COMMERCIAL FLOORING, INC., and AMCO INSURANCE COMPANY, an Iowa corporation, surety, | ) ) ) ) ) | |
| Third-Party Plaintiffs, | ) ) | |
| v. | ) ) | |
| DEPENDABLE CHEMICAL CO., INC., and MANKINI VINYL INSTALLATION, | ) ) ) ) | |
| Third-Party Defendants. | ) ) | |

This matter is before the Court concerning its review of the detailed privilege log and the documents therein listed submitted by third-party defendant Dependable Chemical Co., Inc. ("Dependable"). Because Dependable asserts the work-product privilege as a bar to discovery, they bear the initial burden of establishing a factual basis for their assertion. *See St. Paul Reinsurance Co. v. Commercial Fin. Corp.*, 197 F.R.D. 620, 627 (N.D. Iowa 2000). The party asserting the privilege meets this

burden by providing the reviewing court with a detailed privilege log and explanatory affidavit of counsel setting forth a factual basis for the privilege.  *In re Grand Jury Subpoena Duces Tecum*, 112 F.3d 910, 925 (8th Cir. 1997).  While Dependable has submitted the detailed privilege log, Dependable's counsel has not submitted his or her explanatory affidavit setting forth a factual basis for the privilege as required.  Counsel's affidavit is required before the Court can complete its review of the alleged privileged documents.  Accordingly,

IT IS ORDERED that third-party defendant Dependable Chemical Co., Inc., shall submit the required explanatory affidavit of counsel setting forth a factual basis for the privilege; said party shall have until July 7, 2006, to submit the requested affidavit.

DATED this 26th day of June, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

-2-