IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OGALLALA COMMUNITY HOSPITAL AND HEALTH FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | 7:04CV5012 |
| v. | ) ) | |
| VITZTUM COMMERCIAL FLOORING, INC., a Kansas corporation, AMCO INSURANCE COMPANY, an Iowa corporation, surety; HORTY ELVING CONSTRUCTION SERVICES, INC., a Minnesota corporation, d/b/a CONSTRUCTION COORDINATORS, INC., and HORTY ELVING & ASSOCIATES, INC., a Minnesota corporation, | ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiff's motion to amend the amended progression order (Filing No. 239) and the stipulation regarding plaintiff's motion (Filing No. 240). The Court finds the motion should be granted and the stipulation approved. Accordingly,

IT IS ORDERED that plaintiff's motion is granted and the stipulation is approved. The parties shall have until November 30, 2006, to take depositions; and the parties shall

have until December 22, 2006, to file motions for summary judgment.

        DATED this 15th day of September, 2006.

                      BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                      LYLE E. STROM, Senior Judge
                      United States District Court