IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OGALLALA COMMUNITY HOSPITAL AND HEALTH FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | 7:04CV5012 |
| v. | ) ) | |
| VITZTUM COMMERCIAL FLOORING, INC., a Kansas corporation, AMCO INSURANCE COMPANY, an Iowa corporation, surety; HORTY ELVING CONSTRUCTION SERVICES, INC., a Minnesota corporation, d/b/a CONSTRUCTION COORDINATORS, INC., and HORTY ELVING & ASSOCIATES, INC., a Minnesota corporation, | ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the stipulation to amend the amended progression order (Filing No. 365). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted. The second amended final progression order (Filing No. 216) is amended to give the parties until April 6, 2007, to comply with Paragraphs 2B and 2C regarding deposition testimony and discovery designations and trial exhibits.

DATED this 19th day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court