IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OGALLALA COMMUNITY HOSPITAL AND HEALTH FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | 7:04CV5012 |
| v. | ) ) | |
| VITZTUM COMMERCIAL FLOORING, INC., a Kansas corporation, AMCO INSURANCE COMPANY, an Iowa corporation, surety; HORTY ELVING CONSTRUCTION SERVICES, INC., a Minnesota corporation, d/b/a CONSTRUCTION COORDINATORS, INC., and HORTY ELVING & ASSOCIATES, INC., a Minnesota corporation, | ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the stipulation and joint motion for dismissal with prejudice. The Court finds the stipulation should be approved and adopted, and the motion should be granted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; said motion is granted. This action is dismissed with prejudice, each party to pay their own costs.

DATED this 30th day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court